41 So.3d 995 (2010)
Juan R. RIVERA, Appellant,
v.
FLORIDA UNEMPLOYMENT APPEALS COMMISSION, et al., Appellees.
No. 3D09-3249.
District Court of Appeal of Florida, Third District.
August 4, 2010.
Juan Ramon Rivera, in proper person.
M. Elaine Howard, Senior Attorney, for appellee, Florida Unemployment Appeals Commission.
Before RAMIREZ, C.J., and COPE and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Leon v. Unemployment Appeals Comm'n, 476 So.2d 761 (Fla. 3d DCA 1985).